ALLEN *v.* HARDESTY.—In error.

*A.* SUED *H.* before a justice of the peace and recovered judgment for 83 dollars. *H.* appealed to the Circuit Court; and judgment was there rendered against him for 29 dollars. *Held,* that *H.,* in consequence of the amount of the judgment of the justice being thus reduced, was entitled to a judgment for the costs in the Circuit Court and for those before the justice. R. S. 1843, pp. 891, 2.